O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

EDWIN EDGARDO GARCIA TEJEDA,

     Petitioner,

     v.

D. MARIN, WARDEN, Adelanto ICE Processing Center, et al.

     Respondents.

Case No. 5:26-cv-01743-JGB (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Ordering Petitioner's immediate release from custody, subject to his previous conditions of supervision, and return all property confiscated from him during his arrest and processing into detention; (b) declaring that Immigration and Customs

1

Enforcement's ("ICE") redetention violated the Due Process Clause of the Fifth Amendment and federal law; and (c) enjoining Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from: (i) Redetaining Petitioner without notice and an individualized predetention hearing before a neutral arbiter at which the government bears the burden of proving that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of ICE; and (ii) removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations.

Dated: May 27, 2026

_____
JESUS G. BERNAL
United States District Judge

2