J S - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

EDWIN EDGARDO GARCIA TEJEDA,

           Petitioner,

           v.

D. MARIN, WARDEN, Adelanto ICE Processing Center, et al.

           Respondents.

Case No. 5:26-cv-01743-JGB (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (a) Petitioner shall be immediately released from custody, subject to his previous conditions of supervision, and return all property confiscated from him during his arrest and processing into detention; (b) Immigration and Customs Enforcement's ("ICE") redetention violated the Due Process Clause of the Fifth Amendment and federal law; and (c) Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from: (i) Redetaining Petitioner

1

without notice and an individualized predetention hearing before a neutral arbiter at which  the government bears the burden of proving that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of ICE; and (ii) removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations.

Dated: May 27, 2026

JESUS G. BERNAL
United States District Judge